Paul J. Georgeson, Esq.
Nevada Bar No. 5322
Ryan L. Bellows, Esq.
Nevada State Bar No. 9508
McDONALD CARANO WILSON LLP
100 West Liberty Street, 10th Floor
P.O. Box 2670
Reno, Nevada 89505
Telephone: (775) 788-2000
pgeorgeson@mcdonaldcarano.com
rbellows@mcdonaldcarano.com

J. William Blue, Jr., Esq.
NORTHEN BLUE, LLP
Post Office Box 2208
Chapel Hill, NC 27515-2208
Telephone: (919) 968-4441
jwb@nbfirm.com

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KANTI GALA, an individual; HEMI GALA, an individual; GALA WORLDWIDE, INC., a Virginia corporation, | Case No. 2:10-cv-00079-RLH-RJJ |
| Plaintiffs, | **STIPULATION AND ORDER TO STAY DISCOVERY** |
| vs. | |
| WILLIAM B. BRITT, an individual; PEGGY BRITT, an individual; KANTI GALA (II), an individual; BRITT WORLDWIDE, LLC, a Nevada limited liability company; TRINITY EDUCATIONAL SYSTEMS, LLC, a Nevada limited liability company, | |
| Defendants. | |
| BRITT WORLDWIDE, LLC, a Nevada limited liability company, | |
| Counterclaimant, | |
| vs. | |
| KANTI GALA, an individual; HEMI GALA, an individual; GALA INTERNATIONAL, INC., a Virginia corporation, | |
| Counterdefendants. | |

Plaintiffs, Kanti Gala, Hemi Gala, and Gala Worldwide, Inc., by and through their counsel, Tyler R. Andrews, and Defendants, Billy B. Britt (incorrectly named as William B. Britt), Peggy Britt, Kanta Gala (II) and Trinity Educational Systems, LLC, by and through their counsel, Paul J. Georgeson, Esq., of the law firm of McDonald Carano Wilson LLP, hereby submit this Stipulation to Stay Discovery in this matter, including FRCP 26(a) initial disclosures and the FRCP 26(f) conference, pending rulings by the Court on Defendants' Motion to Dismiss (Doc #15) and Britt Worldwide, LLC's Application for Confirmation of Arbitration Award and Entry of Judgment (Doc #17), which Motion and Application have been fully briefed by the parties and submitted to the Court for decision. This request to stay discovery is made upon good cause on the following facts:

This case, including all original claims and counterclaims, involves issues relating to the validity of prior arbitration proceedings as well as the enforceability of a prior arbitration award.

Plaintiffs in this case have asserted affirmative claims arguing that the underlying arbitration proceedings were invalid and improper.

Defendants allege that the arbitration proceedings were valid and have filed an Application with this Court for Confirmation of an Arbitration Award and Entry of Judgment (Doc #17). Plaintiffs, in response to that Application, have argued that the Arbitration Award should not be enforced. Plaintiffs filed an Opposition to the Application on July 9, 2010 and BWW filed its Reply in Support of the Application on July 19, 2010. *See* Doc. nos. 21, 25.

In addition, Defendants have filed a Motion to Dismiss (Doc #15) Plaintiffs' claims in this matter. Plaintiffs filed their Opposition to the Motion to Dismiss on July 9, 2010 and Defendants filed their Reply on July 19, 2010. *See* Doc. nos. 22, 24.

The Application for Confirmation of Arbitration Award and Entry of Judgment and the Motion to Dismiss have been fully briefed and submitted to the Court for decision and Plaintiffs have requested oral argument on the Motion and Application.

Whether any discovery at all will be required in this case, and, if so, the nature and scope of any such discovery which may be required, is wholly dependent upon the outcome of the pending Motion and Application.

The parties desire to stay all discovery in this matter, including initial disclosures and the initial case conference, until after rulings are issued by the Court on the Motion and Application. The parties wish to do so to avoid unnecessary cost and expense in this proceeding and to avoid having to move forward with discovery when the necessity of any discovery, as well as the scope and nature of further discovery, if any, is dependent upon the outcome of the current Motion and Application. The parties further note that any such stay will not cause undue delay because the Motion and Application which serve as bases for this request have already been fully briefed by the parties and the parties expect a decision on those motions in the relatively near future.

Therefore, for good cause, the parties, by and through their counsel, hereby stipulate and agree as follows:

1. That all discovery in this matter, including FRCP 26(a) initial disclosures and the FRCP 26(f) conference, shall be stayed until such time as this Court has ruled on Defendants' Motion to Dismiss (Doc. #15) and Britt WorldWide, LLC's Application for Confirmation of Arbitration Award and Entry of Judgment (Doc. #17).

2. That this Stipulation is entered into in good faith, not for the purposes of delay, and is made in the interests of efficiency.

Dated this 5th day of August, 2010.            Dated this 5th day of August, 2010.

McDONALD CARANO WILSON LLP                     GREENBERG TRAURIG, LLP

/s/ Ryan Bellows_____                /s/ Tyler R. Andrews_____
Paul J. Georgeson (NSBN 5322)                  Tyler R. Andrews (NSBN 9499)
Ryan L. Bellows (NSBN 9508)                    3773 Howard Hughes Parkway
100 W. Liberty Street, 10th Floor              Suite 400 North
Reno, NV 89501                                 Las Vegas, NV 89169

*Attorneys for Defendants*                     *Attorneys for Plaintiffs*

DATED this  1st  day of Ugr vgo dgt, 2010.

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

3