UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KANTI GALA, etc., *et al.,* | ) |
| Plaintiff, | )     2:10-cv-79-RLH-RJJ |
| vs. | ) |
| WILLIAM B. BRITT, etc., *et al.,* | )     O R D E R |
| Defendant, | ) |
| AND RELATED COUNTERCLAIMS. | ) |

This matter was referred to the undersigned Magistrate Judge on a Motion to Vacate Arbitration Award (#38) file in pro per by Plaintiff Kanti Gala.

The Court having reviewed the motions makes the following findings:

1.     The Motion (#38) was filed in pro per by Plaintiff Kanti Gala.

2.     Plaintiff Kanti Gala is represented by James J. Pisanelli, Esq. of Pisanelli Bice PLLC. *See,* Order (#33).

3.     Pursuant to Local Rule IA 10-6 "A party who has appeared by attorney cannot while so represented appear or act in the case. . . ."

Good cause appearing therefore,

IT IS HEREBY ORDERED that the Clerk shall strike the Motion to Vacate Arbitration Award (#38) file in pro per by Plaintiff Kanti Gala.

DATED this "7th"" day of October, 2010.

                                                       
ROBERT J. JOHNSTON
United States Magistrate Judge